IT IS ORDERED

Date Entered on Docket: June 10, 2019

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**



_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In Re:
**LAS UVAS VALLEY DAIRIES**,
a New Mexico General partnership
    Debtor

Case No. **17-12356-t11**

_____

**ROBERT MARCUS**, not individually but solely in his capacity as the **LIQUIDATING TRUSTEE OF THE LAS UVAS VALLEY DAIRIES LIQUIDATING TRUST,**
    Plaintiff

    v.

Adversary 19-1009t

**LAS UVAS VALLEY DAIRIES, DEAN HORTON, FRANCES HORTON, LOREN HORTON** and **MITCH HORTON**
    Defendants

## ORDER

This matter came before the Court for Preliminary hearing on June 3, 2019 upon the

Plaintiff's *Opposed Motion to Strike Answer to Complaint and Disqualify Daniel J. Behles and*

*Askew & Mazel, LLC as Counsel to the Debtor,* (Doc. #19), the Response thereto filed by the Debtor, Las Uvas Valley Dairies, LLC (Doc. #33), and the *Reply in Support of the Opposed Motion to Strike Answer to Complaint and Disqualify Daniel J. Behles and Askew & Mazel, LLC as Counsel to the Debtor* (Doc. #37).

   IT IS HEREBY ORDERED that the Plaintiff's Motion to Strike and Disqualify (Docket #19) is DENIED.

* * * End of Order * * *

Prepared and submitted by:

Askew & Mazel, LLC
Counsel for the Debtor

By: /S/ electronically filed
 Daniel J. Behles
1122 Central SW, Suite 1
Albuquerque, NM 87102
505-433-3097
Email: danbehles@askewmazelfirm.com


Approved:

SAUL EWING ARNSTEIN & LEHR LLP
Counsel for the Liquidating Trustee

By:  Approved by email 6/6/19 (DJB)
  Kevin H. Morse
161 N. Clark St., Suite 400
Chicago, IL 60601
312-876-7100
Email: kevin.morse@saul.com