IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| LAS UVAS VALLEY DAIRIES, a New Mexico General Partnership, | ) ) | Case No. 17-12356-t11 |
| | ) | |
| Debtor. | ) | Hon. David T. Thuma |
| | ) | |
| ROBERT MARCUS, not individually, but solely in his capacity as LIQUIDATING TRUSTEE OF THE LAS UVAS LIQUIDATING TRUST, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Adv. No. 19-01009-t |
| | ) | |
| LAS UVAS VALLEY DAIRIES, DEAN HORTON, FRANCES HORTON, LOREN HORTON, AND MITCHELL HORTON, | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Robert Marcus, not individually but solely in his capacity as Liquidating Trustee of the Las Uvas Liquidating Trust and Loren Horton, by and through their undersigned counsel, hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as adopted by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal of the complaint filed in the above-referenced adversary proceeding (the "Adversary Proceeding"), with prejudice. Each party will bear their own attorneys' fee and costs. For the avoidance of doubt, this stipulation shall operate as a dismissal of Defendant Loren Horton only and not to any of the other above-captioned defendants in the Adversary Proceeding.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 13, 2019            Respectfully Submitted,

**SAUL EWING ARNSTEIN & LEHR LLP**

By: /s/ Sean P. Williams
Barry A. Chatz (admitted *pro hac vice*)
Sean P. Williams (admitted *pro hac vice*)
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
Tel: 312-876-7100
Fax: 312-876-0288
E-Mail: sean.williams@saul.com

*Counsel to Robert Marcus, not individually but solely in his capacity as Liquidating Trustee of the Las Uvas Liquidating Trust*

**LOREN HORTON**

By:  /s/ Approved via e-mail 9/13/2019
Michael K Daniels
PO Box 1640
Albuquerque, NM 87103-1640
505-246-9385
Fax : 505-246-9104
Email: mike@mdanielslaw.com

*Counsel to Loren Horton*