UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
LAS UVAS VALLEY DAIRIES,
a New Mexico General Partnership

Debtor.                                                                 No. 17-12356-t11

ROBERT MARCUS, not individually, but solely
in his capacity as LIQUIDATING TRUSTEE OF
THE LAS UVAS VALLEY DAIRIES LIQUIDATING
TRUST,

Plaintiff,
v.                                                                      Adv. No. 19-01009-t

LAS UVAS VALLEY DAIREIS, DEAN HORTON,
FRANCES HORTON, LOREN HORTON AND
MITCHELL HORTON,

Defendants.

## NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

COMES NOW Modrall Sperling Roehl Harris & Sisk, P.A. (Paul M. Fish) and hereby enters its appearance on behalf of Plaintiff Robert Marcus, not individually but solely in his capacity as Liquidating Trustee of the Las Uvas Valley Dairies Liquidating Trust, in substitution for Saul Ewing Arnstein & Lehr LLP (Barry A. Chatz and Sean P. Williams).

Saul Ewing Arnstein & Lehr LLP hereby withdraws from its representation of the Plaintiff.

Respectfully Submitted,

**MODRALL SPERLING ROEHL HARRIS & SISK, P.A.**

By: */s/ Paul M. Fish*
Paul M. Fish
500 Fourth Street, N.W., Suite 1000
P.O. Box 2168 (87103-2168)

Albuquerque, New Mexico 87102
(505) 848-1800
*Attorneys for the Robert Marcus, not Individually, but Solely in his capacity as Liquidating Trustee of the Las Uvas Valley Dairies Liquidating Trust*

and

**Saul Ewing Arnstein & Lehr LLP**

By: /s/ Barry A. Chatz
Barry A. Chatz
Sean P. Williams
161 North Clark, Suite 4200
Chicago, IL 60601
(312) 876-6670
*Former attorneys for the Robert Marcus, not Individually, but Solely in his capacity as Liquidating Trustee of the Las Uvas Valley Dairies Liquidating Trust*

In accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(2)(D), this certifies that service of the foregoing document was made this 14th day of October, 2019, via the notice transmission facilities of the case management and electronic filing system of the Bankruptcy Court.

By: /s/Paul M. Fish
Paul M. Fish