UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

LAS UVAS VALLEY DAIRIES, a New Mexico
general partnership

Case No. 17-12356-t11

    Debtor.

---

ROBERT MARCUS, not individually, but solely
in his capacity as LIQUIDATING TRUSTEE OF
THE LAS UVAS LIQUIDATING TRUST,

    Plaintiff,

v.

Adv. No. 19-01009-t

LAS UVAS VALLEY DAIRIES, a New Mexico
general partnership, DEAN L. HORTON, FRANCES
O. HORTON, MITCHELL HORTON, and LOREN
HORTON,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO F.R. BANKR. P. 7041 AND F.R. CIV. P. 41(a)(1)

Plaintiff Robert Marcus, not individually, but solely as the Liquidating Trustee of the Las Uvas Liquidating Trust, and Defendants Las Uvas Valley Dairies, a New Mexico general partnership, Dean Horton, and Frances Horton, by and through their undersigned counsel, hereby stipulate to dismissal with prejudice of this adversary proceeding in its entirety, including without limitation the Complaint and all claims or counterclaims which were brought or could have been brought herein.

    Respectfully submitted,

    CLARK HILL PLC
    By */s/ submitted electronically 10/29/2021*
    Kevin H. Morse (admitted *pro hac vice*)
    130 E. Randolph Street, Suite 3900

264493695.v1

Chicago, Illinois 60601
Telephone: 312-985-5556
E-mail: kmorse@clarkhill.com
*Attorney for Robert Marcus, not Individually, but Solely in his capacity as Successor Trustee of the Las Uvas Liquidating Trust*

Approved:

*/s/ approved by email 10/29/2021*
Daniel J Behles
Askew & White, LLC
1122 Central Ave SW, Ste 1
Albuquerque, NM 87102
505-433-3097
Email: dbehles@askewwhite.com
*Counsel for Las Uvas Valley Dairies*

Approved:

*/s/ approved by email 10/29/2021*
Clifford C. Gramer, Jr.
3733 Eubank Blvd. NE
Albuquerque, NM 87111-3536
(505) 888-4500
(505) 293-0831 FAX
E-mail: cliffordgramerlaw@gmail.com
*Counsel for Frances and Dean Horton*

2

264493695.v1